IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| DYLAN MITCHELL, *et al.*, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 20 CV 50285 |
| EUGENE G. DOHERTY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, through counsel, respectfully request that this Honorable Court enter judgment for Defendants as to all claims. In support, Plaintiffs state as follows:

1. On March 30, 2021, this Court granted Defendants' motions to dismiss and denied Plaintiffs' motion for a preliminary injunction. ECF 57.

2. The Court gave Plaintiffs until April 20, 2021, to seek leave to file an amended complaint. *Id*. Plaintiffs do not plan to amend their complaint but intend to seek review of the decision at the Seventh Circuit.

3. Plaintiffs respectfully request that this Court enter judgment consistent with the Court's ruling on the motions to dismiss so Plaintiffs may file their notice of appeal pursuant to 28 U.S.C. §1291 on their Fourth Amendment claims against all Defendants.

4. Plaintiffs' counsel discussed their intention to file this motion with counsel for all Defendants. It is unopposed.

2

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment for Defendants.

Respectfully submitted,

/s/ Adele D. Nicholas
/s/ Brad J. Thomson
*Counsel for Plaintiff*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
847-361-3869

Brad J. Thomson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070